UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-CV-62388-DIMITROULEAS

MICHAELANGELO CALLAZO,

    Plaintiffs,

vs.

3J HOSPITALITY, LLC.

    Defendant.

_____/

## MOTION TO APPROVE CONSENT DECREE AND TO DISMISS WITH PREJUDICE

Plaintiff, MICHAELANGELO CALLAZON ("Plaintiff"), by and through the undersigned counsel, hereby files this Motion to Approve Consent Decree and to Dismiss with Prejudice, and state the following in support thereof:

1. Plaintiff filed the instant cause of action alleging that the Facility operated by Defendant, 3J Hospitality, LLC. ("Defendant"), A Florida Limited Liability Company, known as Revolution Live located at 100 SW 3rd Ave, Fort Lauderdale, FL 33312 (the "Facility") violated Title III of the Americans with Disabilities Act, 42 U.S.C. § 12191 *et seq.*

2. The matters raised by Plaintiff's Complaint have been resolved in accordance with the Consent Decree ("Settlement") attached hereto as Exhibit "1."

3. In accordance therewith, Plaintiff requests that the Court review, approve and ratify the Settlement. Additionally, Plaintiff requests the Court retain jurisdiction

1
SCHAPIRO LAW GROUP, P.L
7050 W. Palmetto Park Road, Suite 15-271 • Boca Raton, Florida 33433 • Tel (561) 807-7388 • Fax (561) 807-7198

to enforce the terms of the Settlement. *See Association for Disabled Americans v. Key Largo Bay Beach, LLC,* 407 F. Supp 2d 1321 (S.D. Fla. 2005).

4. As part of the settlement reached between the Parties, Plaintiff has agreed to dismiss the action with prejudice. Accordingly, Plaintiff requests, upon the Court's review, approval and ratification of the Settlement, that this matter be dismissed with prejudice.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court enter an Order approving the attached Settlement, dismissing the claims asserted by Plaintiff against Defendant in this action with prejudice, and retaining jurisdiction to enforce the Settlement.

Respectfully Submitted this 5th day of December, 2011.

/s/ Douglas S. Schapiro
Douglas S. Schapiro
Fla. Bar #54538
The Schapiro Law Group, P.L
Attorneys for Plaintiff
7050 W. Palmetto Park Road
Suite 15-271
Boca Raton, FL 33433
Tele: (561) 807-7388
Fax: (561) 807-7198
Schapiro@schapirolawgroup.com

**CERTIFICATE OF SERVICE**

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was filed electronically using the CM/ECF system on December 5, 2011.

/s/ Douglas S. Schapiro
Douglas S. Schapiro
Fla. Bar #54538
The Schapiro Law Group, P.L
Attorneys for Plaintiff
7050 W. Palmetto Park Road
Suite 15-271
Boca Raton, FL 33433
Tele: (561) 807-7388
Fax: (561) 807-7198
Email: Schapiro@schapirolawgroup.com