UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-62388-CIV-DIMITROULEAS

MICHAELANGELO CALLAZO,

    Plaintiffs,

vs.

3J HOSPITALITY LLC,

    Defendant.
_____/

### FINAL ORDER APPROVING AND ENTERING CONSENT DECREE

THIS CAUSE is before the Court upon Plaintiff's Motion to Approve Consent Decree and to Dismiss with Prejudice [DE 7], filed herein on December 5, 2011.  The Court having reviewed the pleadings and papers filed in this cause, being advised that the parties hereto seek the Court's approval and entry of the Consent Decree entered into by the parties, it is hereby

**ORDERED AND ADJUDGED** that:

1.    The Consent Decree [DE 7-1], filed with the Court on December 5, 2011, is hereby **ENTERED** and **APPROVED,** with the Court retaining jurisdiction over this matter for the purpose of enforcement of the Consent Decree;

2.    The above-styled cause is hereby **DISMISSED with prejudice;**

3.    The Clerk shall **CLOSE** this case and **DENY** all pending motions as moot.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Broward County, Florida, this 5th day of December, 2011.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record